IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENNETH WAYNE GORDON, | § | |
| TDCJ-CID NO. 1122328, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-07-2733 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| Respondent. | § | |

### FINAL JUDGMENT

For the reasons stated in this Court's Opinion on Dismissal, this civil action is DISMISSED, without prejudice, as to any new claims, and with prejudice, as to any claims previously addressed on the merits.

This is a FINAL JUDGMENT.

The Clerk will provide a copy to the parties.

SIGNED at Houston, Texas, this 7th day of September, 2007.

_____
Melinda Harmon
United States District Judge

1